THE PEOPLE OF THE STATE OF NEW YORK ex rel. THE LINCOLN, INC., Appellant, against WILLIAM E. BOYLAND et al., Constituting the Tax Commission of the City of New York, Respondents.

Argued December 2, 1953; decided March 4, 1954.

*Bernard A. Saslow* and *Irving Sonnenschein* for appellant.

*Denis M. Hurley, Corporation Counsel* (*Edith I. Spivack* and *Morris Handel* of counsel), for respondents.

Order of the Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the weight of evidence supports the determination of Special Term. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.